# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146033(45)

_____

In re FORFEITURE OF BAIL BOND.

_____

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

COREY DESHAWN GASTON,
     Defendant,

and

YOU WALK BAIL BOND AGENCY,
     Surety-Appellant.
_____/

SC: 146033
COA: 305004
Wayne CC: 07-020056-FC

On order of the Chief Justice, the motion of the American Bail Coalition for leave to file the amicus curiae brief is GRANTED. The amicus brief received on June 20, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.



_____                         
                                 Clerk